UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASANOVA ANTONIO SOLOMAN, et al.,<br>Plaintiffs,<br>v.<br>SAN FRANCISCO COUNTY JAIL, et al.,<br>Defendants. | Case No. 26-cv-02249-RFL<br><br>**ORDER OF DISMISSAL** |

Casanova Soloman, a detainee at San Francisco County Jail and Michael Patterson, a former detainee at the jail, proceeding *pro se*, filed a joint civil rights complaint pursuant to 42 U.S.C. § 1983. On May 20, 2026, the Court dismissed the complaint with leave to file an amended complaint by June 26, 2026. (Dkt. No. 14.) Plaintiffs have not filed an amended complaint by the deadline.[1] Accordingly, this federal civil rights action is DISMISSED without prejudice for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Plaintiffs may move to reopen the case. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) be accompanied by an amended complaint on this Court's form.

The Clerk shall enter judgment in favor of Defendants and close the case.

**IT IS SO ORDERED.**

Dated: July 20, 2026

RITA F. LIN
United States District Judge

[1] The Court sent the order to Patterson at the jail and at his home address because he expected to be released. (Dkt. No. 14 at 4.) Mail sent to the jail was returned to the Court because Patterson was released. The mail sent to his home address was not returned.